UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO.   20-33390 |
| STEVEN OLUGBENGA AYODELE & AFOLAKE ALAKE AYODELE § | | |
| DEBTORS(S), § | | CHAPTER  7 |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**HARRIS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on  29th  day of  July  ,2020, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | | |
|---|---|---|
| NICHOLAS M. WAJDA<br>WAJDA & ASSOCIATES, APC<br>5430 LYNDON B JOHNSON FWY, STE. 1200<br>DALLAS, TX 75240 | CHRISTOPHER R. MURRAY<br>JONES MURRAY & BEATTY LLP<br>4119 MONTROSE BLVD., STE 230<br>HOUSTON, TX 77006 | STEVEN OLUGBENGA AYODELE & AFOLAKE ALAKE AYODELE<br>24919 GINGER RANCH DR.<br>KATY, TX 77494 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone:  (713) 844-3400
Facsimile:  (713) 844-3503
Email:   houston_bankruptcy@publicans.com

By:  /s/ John P. Dillman
  John P. Dillman
  SBN: 05874400 TX