IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re<br><br>STEVEN OLUGBENGA AYODELE AND<br>AFOLAKE ALAKE AYODELE,<br><br>        Debtors, | Chapter 7<br><br>Case No. 20-33390<br><br>BANKRUPTCY JUDGE<br>CHRISTOPHER M. LOPEZ |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney is entering an appearance in the above-styled and numbered cause as counsel of record for Regional Management Corporation d/b/a Regional Finance Corporation of Texas:

Valerie Henderson
Texas Bar No. 24078655
Fed. ID No. 1392550
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
1301 McKinney, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile: (713) 650-9701
email: vhenderson@bakerdonelson.com

Please provide Ms. Henderson with copies of all correspondence, pleadings, court settings, or other documents in this case going forward.

                                        Respectfully submitted,

                            By:  */s/ Valerie Henderson*
                                    Valerie Henderson
                                    State Bar No. 24078655
                                    Federal Bar No. 1392550
                                    vhenderson@bakerdonelson.com
                                    **BAKER, DONELSON, BEARMAN,
                                    CALDWELL & BEARMAN, PC**
                                    1301 McKinney Street, Suite 3700

Page 1 of 2

Houston, Texas 77010
Telephone: 713.650.9700
Facsimile: 713.650.9701

***Attorney for Regional Finance Corporation of Texas***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record via the Court's ECF notification system, pursuant to the Federal Rules of Civil Procedure on August 3, 2020.

*/s/ Valerie Henderson*
Valerie Henderson